**DISMISS; Opinion Filed April 10, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01127-CV**

**RUFUS SHANNON, Appellant**
**V.**
**C&C RESIDENTIAL PROPERTIES, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04276-B**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

The $175 filing fee in this case is overdue. By letter dated August 15, 2012, we notified appellant the fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by letter dated August 15, 2012 we notified appellant the time for filing his docketing statement had expired. We cautioned appellant that failure to file his docketing statement might result in the dismissal of the appeal. To date, appellant has not paid the filing fee, filed his docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).


121127F.P05

/Lana Myers
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RUFUS SHANNON, Appellant

No. 05-12-01127-CV      V.

C&C RESIDENTIAL PROPERTIES, INC.,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-04276-B.
Opinion delivered by Justice Myers.
Justices Bridges and FitzGerald
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee C&C RESIDENTIAL PROPERTIES, INC. recover its costs of this appeal from appellant RUFUS SHANNON.

Judgment entered this 10th day of April, 2013.

/Lana Myers/
LANA MYERS
JUSTICE

121127.op.docx      –2–